# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**BRIAN WATTS, #L2783**                                                                  **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO. 3:08-cv-367-TSL-JCS**

**JIM HOOD**                                                                              **RESPONDENT**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 25th day of September, 2008.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE